UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| In re: | : |
| | : |
| Greg A. LaOrange | : Case No.:  12-40420 |
| | : Chapter 13 |
| Debtor. | : Chief Judge Robert E. Grant |
| | : * * * * * * * * * * * * * * * * * * * * |
| | : |

### MOTION TO APPROVE IMMATERIAL LOAN MODIFICATION AGREEMENT

Comes now, Creditor, U.S. Bank National Association, not in its individual capacity, but solely as Legal Title Trustee for LVS Title Trust I ("Creditor"), by and through its mortgage servicing agent BSI Financial Services Inc, by and through Counsel, and hereby files its Motion to Approve Immaterial Loan Modification Agreement.  In support thereof, Creditor states:

1. On December 21, 2012, Debtor filed a request with the Court for Loss Mitigation.

2. Following a loss mitigation review, Creditor offered Debtor a trial modification plan. Debtor properly completed the terms of said trial plan and has now been offered, and accepted, a permanent loan modification agreement, which is attached hereto as Exhibit A.

3. Creditor, Debtor, by Counsel, and the Standing Chapter 13 Trustee have entered into a joint stipulation, outlining the terms of the loan modification agreement.

4. The parties agree that this loan modification agreement is an immaterial modification of the plan as Debtor's Chapter 13 Trustee is set to pay all Creditors in full.

5. As such, Creditor requests that the Court approve the terms of the joint stipulation, without notice on all parties, as the terms are immaterial.

Ref# 12-014255_CJP

WHEREFORE, Creditor respectfully requests that the Court issue an order approving of the Joint Stipulation Regarding Loss Mitigation Settlement Agreement.

Dated:   November 12, 2013

/s/ Sarah E. Willms
Sarah E. Willms (28840-64)
James E. Tebbutt (93510)
Keith Levy (6279243)
Stacey A. O'Stafy (0070386)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorney for Creditor
The case attorney for this file is Sarah E. Willms.
Contact email is sew@manleydeas.com

Ref# 12-014255_CJP

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Motion was served on the parties listed below via e-mail notification:

Nancy Gargula
One Michiana Square Building
Suite 555
100 East Wayne Street
South Bend, IN 46601-2349
574-236-8105

Kimberly A. Wright
Attorney for Greg A. LaOrange
Firm of Kimberly Gilbert
PO Box 377
Lafayette, IN  47902-0377
kimberly.gilbert1@frontier.com

David Rosenthal
408 Main Street
P.O. Box 505
Layfayette, IN  47902
dar@nlci.com

The below listed parties were served via regular U.S. Mail, postage prepaid on November 12, 2013:

Greg A. LaOrange
4553 Hudson Court
Monticello, IN  47960

Greg A. LaOrange
Amy Jo Laorange
4553 E Hudson Ct
Monticello, IN  47960

/s/ Sarah E. Willms
_____
Sarah E. Willms

Ref# 12-014255_CJP